Trucly D. Pham, #026088
JOHN JOSEPH VOLIN, P.C.
2033 East Warner Road, Suite 106
Tempe, Arizona 85284
Phone: (480) 820-0800
Fax:   (480) 820-3575
E-mail: tpham@volinlaw.com
Attorney for Plaintiffs/Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>ROBERT W. BRYAN and<br>ELIZABETH A. BRYAN<br><br>Debtors. | Case No. 4:09-bk-05928-EWH<br><br>Chapter 7 Proceeding |
| ROBERT W. BRYAN and<br>ELIZABETH A. BRYAN<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant. | Adv. No. 4:09-ap-00820-EWH<br><br>**CERTIFICATE OF SERVICE AND MAILING** |

I, Trucly D. Pham, an attorney with the law firm of John Joseph Volin, P.C., declare that on July 24, 2009, I caused to be placed in the United States mail, first class, postage prepaid, the following items:

    1.    Adversary Summons; and

    2.    Adversary Complaint

1 | to:
2 |
3 | Wells Fargo Bank, N.A.
  | c/o Corporation Service Company
  | 2338 W. Royal Palm Rd., Ste J
4 | Phoenix, AZ 85021
  | Service Date: July 24, 2009
5 |
6 |
7 | Respectfully submitted this 28th day of July 2009.

Respectfully submitted this 28th day of July 2009.

JOHN JOSEPH VOLIN, P.C.

BY:  /s/ TDP #026088  *Trucly Pham*
Trucly D. Pham 026088
2033 East Warner Road, Suite 106
Tempe, Arizona 85284
Attorney for Plaintiffs/Debtors